AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

United States of America
v.

KEMBA HASAN
*Defendant*

Case No.  2:11cr41

24-MJ-4352-GOODMAN

FILED BY _____mp_____ D.C.
**Nov 8, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kemba Hasan
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1028(f), 1349 and 2 ATTEMPT AND CONSPIRACY TO COMMIT FRAUD WITH IDENTIFICATION DOCUMENTS AND AIDING AND ABETTING

Date: 3/18/2011

*Issuing officer's signature*

City and state: Hammond, IN

STEPHEN R. LUDWIG, CLERK  BY RMNagy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CAUSE NO. |
| v. ) | |
| ) | 18 U.S.C. § 1349 |
| DANIEL WILSON ) | 18 U.S.C. § 1028(f)   2:11CR =41 |
| ANTHONY YOUNG ) | 18 U.S.C. § 1028(a)(2) |
| ORA MAE DESHAZER WILSON ) | 18 U.S.C. § 1028(a)(3) |
| DEMETRIS FINLEY ) | 42 U.S.C. § 408(a)(7)(B) |
| DELILAH DAY ) | 18 U.S.C. § 2 |
| KEMBA HASAN ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**CONSPIRACY**

**AT ALL TIMES MATERIAL TO THIS INDICTMENT:**

1. The defendant, Daniel Wilson, a/k/a., Danny Wilson, shall be identified as WILSON;

2. The defendant, Anthony Young, shall be identified as YOUNG;

3. The defendant, Ora Mae Deshazer Wilson, shall be identified as ORA MAE;

4. The defendant, Demetris Finley, shall be identified as FINLEY;

5. The defendant, Delilah Day, shall be identified as DAY;

6. The defendant, Kemba Hasan, shall be identified as HASAN;

7. The defendants, WILSON and YOUNG, provided to their co-conspirators, known

and unknown to the grand jury, identity documents including fraudulent birth documents purportedly

1

issued from the State of Illinois, social security cards, fraudulent pay stubs or employment documents bearing names, dates of birth (DOB), social security account numbers (SSAN), and addresses of actual and fictitious individuals which allowed the co-conspirators to subsequently obtain fraudulent State of Indiana identification (ID) cards utilizing various aliases as part of the fraud scheme;

8. JP Morgan Chase, f/k/a, Chase Bank, located in Gary, Indiana; Charter One Bank located in Gary, Indiana; Salin Bank & Trust, Lafayette Bank & Trust and Fifth Third Bank, located in Lafayette, Indiana; Centier Bank, located in Crown Point, Indiana; Washington Mutual, Republic Bank, and Illinois Service Federal Savings Bank located in Chicago, Illinois; and Guaranty Bank, located in Milwaukee, Wisconsin, are financial institutions which are federally insured by the Federal Deposit Insurance Corporation;

9. The Social Security Administration is a department and agency of the United States of America which is authorized to issue Social Security Account Numbers (SSAN or SSA) to individuals;

10. As part of the Indiana Bureau of Motor Vehicles application process for a State of Indiana identification (ID) card or driver's license, an applicant is required to sign the application acknowledging residency within the State of Indiana or that the applicant will soon be a resident of the State of Indiana. Moreover, the individual signs the application knowing that the application states that making a false statement on the application may constitute the crime of perjury;

11. From in or about May 2005 continuing through in or about September 2008, in the Northern District of Indiana, Hammond Division, and elsewhere,

DANIEL WILSON,
ANTHONY YOUNG,
ORA MAE DESHAZER WILSON,
DEMETRIS FINLEY,
DELILAH DAY, and
KEMBA HASAN,

defendants herein, unlawfully, willfully and knowingly did combine, conspire, confederate and agree with other persons, known and unknown to the grand jury, to commit the following offenses against the United States:

> *(a) to knowingly transfer a false identification document, in and affecting interstate commerce, knowing that such document, which was not issued lawfully for the use of the defendant, was stolen and produced without lawful authority, wherein such document was and appears to have been issued by, and under, authority of the United States and involved the production and transfer of such document, to wit: five (5) or more birth certificates, in violation of Title 18, United States Code, Sections 1028(a)(2) and 1028(f);*

> *(b) to knowingly possess with intent to use unlawfully and transfer unlawfully five or more false identification documents, in and affecting interstate commerce, wherein such documents, which were not issued lawfully for the use of the defendants, were and appear to have been issued by, and under, authority of the United States and involved the production and transfer of such document, to wit: five (5) or more birth certificates, in violation of Title 18, United States Code, Sections 1028(a)(3) and 1028(f);*

> *(c) to knowingly use, without lawful authority, a means of identification of another person, in and affecting interstate and foreign commerce, that being the name, date of birth, and social security number of individuals in order to obtain fraudulent State of Indiana identification cards and to open bank accounts with the fraudulent State of Indiana identification cards with the intent to commit and to aid and abet, any unlawful activity which constitutes a violation of federal law and a felony under the laws of the State of Indiana, to wit: bank fraud pursuant to 18 U.S.C. §1344, social security fraud pursuant to 42 U.S.C. §408(a)(7)(B), use of fictitious name pursuant to 18 U.S.C. §1342, mail fraud pursuant to 18 U.S.C. §1341, and application fraud pursuant to Indiana Code 35-43-5-2(d), and by such conduct the defendants did obtain items of value aggregating $1,000.00 or more during a one (1) year period, in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(f);*

> *(d) to knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain any of the money, funds, assets, and other property owned by, and under the care, custody, and control of a financial institution, by means of false and*

*fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Sections 1344 and 1349; and*

**MANNER AND MEANS OF THE CONSPIRACY**

It was part of the conspiracy that the defendant: (1) obtained the names and social security account numbers of individuals in order to obtain a State of Illinois and/or State of Indiana identification card and/or driver's license; (2) utilized false and fraudulent birth certificates; (3) opened accounts at various financial institutions; (4) deposited fraudulent checks into the account(s) at the financial institutions; (5) cashed fraudulent checks at the financial institution(s); and (6) wrote fraudulent checks on the financial institution account(s) to various businesses and merchants;

**OVERT ACTS**

In furtherance of the conspiracy, and to effects its objects,

**DANIEL WILSON,
ANTHONY YOUNG,
ORA MAE DESHAZER WILSON,
DEMETRIS FINLEY,
DELILAH DAY, and
KEMBA HASAN,**

defendants herein, and others known and unknown to the grand jury, performed the following:

1. Between in or about May 2005 and continuing through in or about September 2008, the defendant, YOUNG, provided false personal identifying information to a known co-conspirator, in order for him to obtain over 10 fraudulent identification cards from the State of Indiana, wherein the co-conspirator then utilized the fraudulent State of Indiana ID cards to open fraudulent bank accounts, cash checks, and write checks to various retailers and merchants in Indiana and Illinois. During this time, the defendant, YOUNG, also provided false personal identifying information to

4

other individuals, known and unknown to the grand jury, wherein he received a portion of the proceeds from these individuals;

2. Between on or about May 2005 and continuing through on or about September 2008, the defendant, WILSON, provided false personal identifying information to a known co-conspirator, in order for him to obtain at least 4 fraudulent identification cards from the State of Indiana, wherein the co-conspirator then utilized the fraudulent State of Indiana ID cards to open fraudulent bank accounts, cash checks, and write checks to various retailers and merchants in Indiana and Illinois. During this time, the defendant, WILSON, also provided false personal identifying information to other individuals, known and unknown to the grand jury, wherein he received a portion of the proceeds from these individuals;

3. On or about May 31, 2005, the defendant, HASAN, obtained a State of Indiana identification card ("ID") card utilizing a State of Illinois birth document and Social Security Account Number ("SSAN") bearing the name of DMB;

4. On or about May 31, 2005, the defendant, HASAN, signed and dated a State of Indiana application, under penalty of perjury, verifying that she was either an Indiana resident or intended to make Indiana her primary place of residence in the name of DMB;

5. Between on or about July 20, 2005 and continuing through on or about July 25, 2005, the defendant, HASAN, wrote over 15 counterfeit checks from more than four (4) fraudulent non-existing Republic Bank accounts in the name of DMB;

6. On or about October 21, 2005, the defendant, HASAN, obtained a State of Indiana identification card ("ID") card utilizing a State of Illinois birth document and Social Security Account Number ("SSAN") in her name;

7. On or about October 21, 2005, the defendant, HASAN, signed and dated a State of Indiana application, under penalty of perjury, verifying that she was either an Indiana resident or intended to make Indiana her primary place of residence;

8. In or about July 2006, the defendant, HASAN, wrote more than three (3) counterfeit checks from at least three (3) fraudulent non-existing Centier Bank accounts that were opened in her name including fraudulent Centier Bank account ending in 4400;

9. Between on or about July 22, 2006 and continuing through on or about July 23, 2006, the defendant, HASAN, wrote at least eight (8) counterfeit Centier Bank checks from three (3) different fraudulent non-existing Centier Bank accounts using her name;

10. On or about July 23, 2006, the defendant, HASAN, wrote a counterfeit check to Meijers from a fraudulent non-existing Centier Bank account ending in 4400;

11. On or about October 12, 2005, the defendant, FINLEY, obtained a State of Indiana identification card ("ID") card utilizing a State of Illinois birth document and Social Security Account Number ("SSAN") bearing the name of JDD;

12. On or about October 12, 2005, the defendant, FINLEY, signed and dated a State of Indiana application, under penalty of perjury, verifying that she was either an Indiana resident or intended to make Indiana her primary place of residence in the name of JDD;

13. In or about October 2005, the defendant, FINLEY, opened a JP Morgan Chase account ending in 6477 utilizing the name of JDD and with the fraudulently obtained JDD State of Indiana ID card;

14. On or about November 1, 2005, the defendant, FINLEY, wrote Check No. 5007 to Hobby Lobby in Lafayette, Indiana utilizing JP Morgan Chase Account No. 6477 and the fraudulently obtained State of Indiana ID card issued to JDD;

15. On or about November 14, 2005, the defendant, FINLEY, wrote Check No. 5024 to Kmart in Lafayette, Indiana utilizing JP Morgan Chase Account No. 6477 and the fraudulently obtained State of Indiana ID card issued to JDD;

16. On or about September 4, 2006, the defendant, FINLEY, along with a known co-conspirator, entered the Sam's Club in Evergreen Park, Illinois, and made purchases with the known co-conspirator's fraudulently obtained Sam's Club membership card in the name of JJ. The known co-conspirator had previously obtained a fraudulent State of Indiana ID card in the name JJ;

17. On or about September 26, 2006, the defendants, WILSON, ORA MAE, and FINLEY, entered Sam's Club in Evergreen Park, Illinois, wherein FINLEY wrote two (2) checks to Sam's Club utilizing Lafayette Bank & Trust Account No. 3669 and a Sam's Club membership card issued to LL;

18. On or about July 22, 2006, the defendant, DAY, obtained a State of Indiana identification card ("ID") card utilizing a State of Illinois birth document and Social Security Account Number ("SSAN") bearing the name of ADH;

19. On or about July 22, 2006, the defendant, DAY, signed and dated a State of Indiana application verifying, under penalty of perjury, that she was either an Indiana resident or intended to make Indiana her primary place of residence;

7

20. On or about July 22, 2006, the defendant, DAY, fraudulently opened a Lafayette Bank and Trust account ending in 8706 utilizing the name of ADH and with the fraudulently obtained State of Indiana ID card;

21. In or about August 2006, the defendant, DAY, obtained a membership at Sam's Club in Lafayette, Indiana utilizing the fraudulent State of Indiana ID card in the name of ADH;

22. On or about August 9, 2006, the defendant, DAY, deposited two fraudulent checks into the Lafayette Bank and Trust account opened in the name of ADH;

23. On or about August 10, 2006, the defendant, DAY, deposited Check No. 4248, which issued from the Washington Mutual Account ending in 9605 from a known co-conspirator, into the Lafayette Bank & Trust Account ending in 8706 which was opened with fraudulent State of Indiana ID card issued in the name of ADH;

24. On or about August 10, 2006, the defendants, WILSON, ORA MAE and DAY, entered the Sam's Club in Lafayette, Indiana wherein purchases were made utilizing the fraudulent Sam's Club membership card after the fraudulent State of Indiana ID card in the name of ADH had been obtained;

25. On or about August 11, 2006, the defendant, DAY, wrote four (4) fraudulent checks to Sam's Club in Lafayette, Indiana and Evergreen Park, Illinois using the name of ADH;

26. On or about August 11, 2006, the defendant, DAY, deposited Check No. 4249, which issued from the Washington Mutual Account ending in 9605 from a known co-conspirator, along with Check No. 5007 on the Illinois/Service Federal Savings Account ending in 5755 from a known co-conspirator into the Lafayette Bank & Trust Account ending in 8706 which was opened with fraudulent State of Indiana ID card in the name of ADH;

27. On or about August 12, 2006, the defendant, DAY, wrote two (2) checks to Sam's Club in Merrillville, Indiana and Lansing, Illinois using the name of ADH;

28. On or about August 12, 2006, the defendant, WILSON, entered Sam's Club, along with known co-conspirators, in Lafayette, Indiana wherein one of the known co-conspirators wrote a fraudulent check utilizing the fraudulent State of Indiana ID card bearing the name of GW;

29. On or about August 14, 2006, the defendant, DAY, deposited Check No. 5011, which issued from the Illinois/Service Federal Savings Account ending in 5755 from a known co-conspirator into the Lafayette Bank & Trust Account ending in 8706 which was opened with fraudulent State of Indiana ID card in the name of ADH;

30. On or about August 15, 2006, the defendant, DAY, deposited Check No. 4255, which issued from the Washington Mutual Account ending in 9605 from a known co-conspirator into the Lafayette Bank & Trust Account ending in 8706 which was opened with fraudulent State of Indiana ID card in the name of ADH;

31. In or about August 2006, the defendant, DAY, utilized her fraudulent State of Indiana ID card in the name of ADH at Menard's stores located in Lafayette, Indiana, Dolton, Illinois, and Bridgeview, Illinois, to make purchases;

32. Between in or about August 2006 and continuing through in or about September 2006, the defendant, DAY, along with co-conspirators known and unknown, deposited fraudulent checks into the Lafayette Bank & Trust account opened under the name of ADH;

33. Between in or about August 2006 and continuing through in or about September 2006, the defendant, DAY, along with co-conspirators known and unknown, wrote checks and

9

obtained funds totaling over $10,000.00 out of the Lafayette Bank & Trust account opened under the name of ADH;

34. On or about September 1, 2006, the defendant, ORA MAE, entered Sam's Club in Lafayette, Indiana with a known co-conspirator who utilizing the fraudulent State of Indiana ID card in the name of JJ wherein purchases were made utilizing the fraudulent State of Indiana ID card;

35. On or about September 26, 2006, the defendant, ORA MAE and FINLEY, entered Sam's Club in Lafayette, Indiana and FINLEY wrote two (2) checks and purchased merchandise utilizing the fraudulently obtained ID card and bank account in the name of LL;

36. On or about October 1, 2006, the defendant, WILSON, attempted to deposit two (2) checks into Illinois Service Federal Savings Bank account of a known co-conspirator who utilized the fraudulent State of Indiana ID card in the name of TW in the fraud scheme;

37. On or about March 11, 2007, the defendant, YOUNG, along with a known co-conspirator, utilizing one of 25 known false identities, entered a retailer in Huntington, Indiana and purchased several items with a fraudulent check;

38. Between on or about August 2008 and September 2008, a known co-conspirator, met with defendant WILSON and obtained from defendant WILSON several fraudulent documents including a social security card, a birth certificate, and an employment check stub bearing the name of an individual whose initials are LMB;

39. On or about September 2, 2008, the defendant, WILSON, drove the known co-conspirator to a Hammond Branch of the Indiana Bureau of Motor Vehicles (BMV), wherein the known co-conspirator obtained a fraudulent State of Indiana ID card bearing the name of an individual whose initials are LMB;

40. On or about September 2, 2008, after defendant WILSON drove the known co-conspirator to the Indiana BMV, the known co-conspirator signed and dated a State of Indiana application, under penalty of perjury, verifying that the known co-conspirator was either an Indiana resident or intended to make Indiana a primary place of residence;

41. On or about September 11, 2008, the defendant, ORA MAE, entered Menard's at Lafayette, Indiana with a known co-conspirator who utilizing the fraudulent State of Indiana ID card in the name of LB wherein purchases were made utilizing the fraudulent State of Indiana ID card;

42. On or about September 13, 2008, the defendant, WILSON, entered Menard's at Lafayette, Indiana with a known co-conspirator who utilizing the fraudulent State of Indiana ID card in the name of LB wherein purchases were made utilizing the fraudulent State of Indiana ID card;

43. In or about September 2008, the known co-conspirator utilized the fraudulent State of Indiana ID card, obtained with information provided by defendant WILSON, to open a checking account at Charter One Bank wherein over $4,000.00 in checks were written on the account;

44. In or about September 2008, the checks associated with the name LMB were mailed to an address in Gary, Indiana and retrieved by defendant WILSON, along with a known co-conspirator;

45. In or about September 2008, the defendants, WILSON and ORA MAE, along with a known co-conspirator, went to several businesses in Indiana and Illinois wherein purchases were made utilizing the fraudulent State of Indiana ID card issued to an individual whose initials are LMB;

11

46. On or about September 13, 2008, the defendant, WILSON, along with a known co-conspirator, attempted to make purchases at a retailer in Illinois utilizing the fraudulent State of Indiana ID card issued to an individual whose initials are LMB;

47. On or about September 27, 2008, the defendant, WILSON, along with a known co-conspirator, directed another co-conspirator to obtain a second fraudulent State of Indiana ID card with the same information of the person whose initials are LMB;

48. Between in or about May 2005 and continuing through in or about September 2008, the defendants, WILSON, YOUNG, ORA MAE, FINLEY, and DAY, along with others known and unknown to the grand jury, wrote counterfeit checks on fraudulent non-existing Centier Bank and Republic Bank accounts;

49. Between in or about May 2005 and continuing through in or about September 2008, the defendants, WILSON, YOUNG, ORA MAE, FINLEY, and DAY, along with others known and unknown to the grand jury, benefitted from the use of the fraudulently obtained State of Indiana ID cards through currency and the purchase of merchandise in Indiana and Illinois;

All in violation of Title 18, United States Code, Sections 1028(f), 1349, and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about July 22, 2006, in the Northern District of Indiana, Hammond Division, and elsewhere,

**DELILAH DAY,**

defendant herein, for the purpose of obtaining any benefit, something of value, and for other purposes, did with intent to deceive, falsely represent a number, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her;

All in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

From on or about March 2006 and continuing through on or about September 2008, in the Northern District of Indiana, Hammond Division, and elsewhere,

**ANTHONY YOUNG,**

defendant herein, did knowingly possess with intent to use unlawfully and transfer unlawfully five or more false identification documents, in and affecting interstate commerce, wherein such documents, which were not issued lawfully for the use of the defendant, were and appear to have been issued by, and under, authority of the United States and involved the production and transfer of such document, to wit: five (5) or more birth certificates;

All in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

From on or about March 2006 and continuing through on or about September 2008, in the Northern District of Indiana, Hammond Division, and elsewhere,

**DANIEL WILSON,**

defendant herein, did knowingly transfer false identification documents, in and affecting interstate commerce, knowing that such documents, which were not issued lawfully for the use of the defendant, were produced and stolen without lawful authority, wherein such documents were and appear to have been issued by, and under, authority of the United States and involved the production and transfer of such documents, to wit: five (5) or more birth certificates;

All in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

A TRUE BILL:

s/ Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By:   s/ Toi Denise Houston
      Toi Denise Houston
      Assistant United States Attorney